**Eugene GRAY, Plaintiff—Appellant,**

v.

**Donald RUMSFELD, Secretary, Department of Defense; John Ashcroft, Head, U.S. Department of Justice; Elaine L. Chao, Secretary, U.S. De-**

partment of Labor; U.S. Defense Commissary Agency; Larry Hahn; Aram Darakajuian; Sharon Seward, Defendants—Appellees.

No. 03–1760.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2003.

Decided Jan. 14, 2004.

Eugene Gray, Appellant pro se. Mary Hannah Lauck, Office of the United States Attorney, Richmond, Virginia, for Appellees.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Eugene Gray appeals from the district court's order dismissing his civil action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we deny Gray's motions to amend the caption and to stay the proceedings, and affirm for the reasons stated by the district court. *See Gray v. Rumsfeld,* No. CA–02–295 (E.D.Va. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*